UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GOLDING BARGE LINE, INC.                                                      PLAINTIFF

VS.                                                                NO. 5:05-cv-00147 DCB/JCS

CAPITAL TOWING LIMITED, *in personam*,
and M/V BARBARA TAYLOR, M/V KIMBERLY
JANE, M/V SUSAN ELIZABETH, and
M/V DEANNA LADAWN, *in rem*                                              DEFENDANTS

## JUDGMENT FOR DISMISSAL

THIS MATTER is before the Court on the Joint Motion of the Parties, Golding Barge Line, Inc. and Capital Towing Limited, for dismissal with prejudice on the basis of the settlement reached between the Parties.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this Cause is dismissed with prejudice, each party to bear its costs.

SO ORDERED this   10th   day of  February  , 2006.


                                                           s/ David Bramlette
                                                   UNITED STATES DISTRICT JUDGE